

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00212-CV

| | | |
|---|---|---|
| TONI MARIE BULLOCK, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-312640-19) |
| V. | § | May 20, 2021 |
| THE UNIVERSITY OF TEXAS AT ARLINGTON, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Toni Marie Bullock shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack